# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

IN RE:

Mark Allen Paul;
Hedy Matchette Paul,

        Debtor(s).          /

Case No.: 17-50662

Chapter 13

Judge: Rebecca B. Connelly

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 2002 and 9010(b), the undersigned enters an appearance in this case on behalf of **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST**. Request is made that all notices given or required to be given in this action and all related actions, be given and served upon the following:

    Keith Yacko, Virginia Bar No. 37854
    McMichael Taylor Gray, LLC
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    kyacko@mtglaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

Dated: June 15, 2021

        Respectfully submitted,
        /s/ Keith Yacko
        Keith Yacko, Virginia Bar No. 37854
        McMichael Taylor Gray, LLC
        3550 Engineering Drive, Suite 260
        Peachtree Corners, GA 30092
        Telephone: (470) 289-4347
        Facsimile: (404) 745-8121
        E-mail: kyacko@mtglaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF APPEARANCE** in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail or by electronic service copy of such instrument to each person, party, and/or counsel at the addresses shown below:

**Via U.S. Mail**

Mark Allen Paul
14779 Lee Hwy
Amissville, VA 20106


Hedy Matchette Paul
14779 Lee Hwy
Amissville, VA 20106



**Via CM/ECF  electronic service:**

John Paul Goetz
John Goetz Law, PC
86 W Shirley Avenue
Warrenton, VA 20186

Herbert L Beskin
Chapter 13 Trusteeship
123 East Main St., Ste. 310
Charlottesville, VA 22902


Dated: June 15 , 2021



        Respectfully submitted,
        /s/ Keith Yacko
        Keith Yacko, Virginia Bar No. 37854
        McMichael Taylor Gray, LLC
        3550 Engineering Drive, Suite 260
        Peachtree Corners, GA 30092
        Telephone: (470) 289-4347
        Facsimile: (404) 745-8121
        E-mail: kyacko@mtglaw.com

VA2020-00361